Motion Granted and Order filed August 2, 2012

[pic]

 In The

 Fourteenth Court of Appeals

 ____________

 NO. 14-11-00976-CV
 NO. 14-11-00980-CV
 ____________

 Heritage Gulf Coast Properties, Ltd and Sumer S. Pinglia, Appellants/Cross-
 Appellees

 v.

 Sandalwood Apartments, Inc.,
 Jaikishin S. Bhagia and Nanik S. Bhagia, Appellees/Cross-Appellants

 On Appeal from the 11th District Court
 Harris County, Texas
 Trial Court Cause No. 2008-64342

 ORDER

 Heritage Gulf Coast Properties, Ltd and Sumer S. Pinglia (the
Heritage Parties) filed a notice of appeal from the final judgment signed
August 3, 2011, and the appeal is docketed under our case number 14-11-
00976-CV. Sandalwood Apartments, Inc., Jaikishin S. Bhagia, and Nanik S.
Bhagia (the Sandalwood Parties) filed a notice of cross appeal, and the
appeal is docketed under our case number 14-11-00980-CV. On December 8,
2011, we ordered the appeals consolidated.

 On July 25, 2012, the parties filed a joint motion to modify the
briefing schedule for this appeal and cross-appeal. We GRANT the motion
and issue the following order:

 The briefing schedules in these appeals are modified as follows:

 1. The Heritage Parties' Appellants' brief containing a maximum of 50
 pages, as set out in Texas Rule of Appellate Procedure 38.4, will be
 due August 10, 2012, subject to any extension of time that may be
 granted;

 2. The Sandalwood Parties' combined Appellees/cross-appellants' brief
 containing a maximum of 100 pages, as set out in Texas Rule of
 Appellate Procedure 38.4, (50 pages for the appellees' portion and 50
 pages for the cross-appellants' portion) will be due 30 days after
 appellants' brief is filed, subject to any extension of time that may
 be granted;

 3. The Heritage Parties' combined reply/cross/appellees' brief
 containing a maximum of 75 pages, as set out in Texas Rule of
 Appellate Procedure 38.4, (25 pages for the reply brief portion and 50
 pages for appellees' portion) will be due 30 days after the
 Appellees/cross-appellants' brief is filed, subject to any extension
 of time that may be granted; and

 4. The Sandalwood Parties' cross-appellants' reply brief containing a
 maximum of 25 pages, as set out in Texas Rule of Appellate Procedure
 38.4, will be due 20 days after the reply/cross/appellees' brief is
 filed, subject to any extension of time that may be granted.

 The appeals remain consolidated; accordingly, the filing deadlines
apply to both cases and any document filed in one case number will apply to
both case numbers.

 PER CURIAM